IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK STEPHENSON,

      Petitioner,                      No. CIV S-06-1929 DFL DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

      Respondents.                <u>ORDER</u>

_____/

        Petitioner, a prisoner incarcerated at Mule Creek State Prison, is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        In 1976, petitioner was convicted of first degree murder with use of a firearm following a trial before the Alameda County Superior Court. In this action, petitioner challenges the Governor's 2005 reversal of his grant of parole by the Parole Board and the Parole Board's subsequent denial of parole after the 2005 reversal.

        An application for writ of habeas corpus may challenge one judgment. <u>See</u> Rule 2(e), Rules Governing Section 2254 Cases (a single petition may challenge the judgment of only one state court). Therefore, petitioner will be granted leave to file an amended petition which challenges either the 2005 decision by the Governor to reverse the grant of parole or the denial of

1

parole at his subsequent parole hearing later in 2005.  The parole action not challenged in his amended petition may be challenged by the filing of a separate action.

        Accordingly, IT IS HEREBY ORDERED that:

        1.  Petitioner's petition, filed on August 28, 2006, is dismissed;

        2.  Petitioner is granted thirty days from the date of service of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; the amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" petitioner must use the form petition provided by the court and answer each question in the form; petitioner must file an original and one copy of the amended petition; his failure to file an amended petition in accordance with this order will result in the dismissal of this action; and

        3.  The Clerk of the Court is directed to provide petitioner with the court's form petition for a writ of habeas corpus by a state prisoner.

DATED: March 22, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
step1929.9

2