IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK STEPHENSON,

    Petitioner,                        No. CIV S-06-1929 DFL DAD P

    vs.

ROSEANNE CAMPBELL, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner at Mule Creek State Prison, is proceeding pro se with an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. In this action petitioner challenges the Governor's 2005 reversal of his grant of parole by the Board of Parole Hearings.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's amended habeas petition within thirty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the amended petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

1

1          2. If the response to the amended habeas petition is an answer, petitioner's reply,
2  if any, shall be filed and served within thirty days after service of the answer;
3          3. If the response to the amended habeas petition is a motion, petitioner's
4  opposition or statement of non-opposition to the motion shall be filed and served within thirty
5  days after service of the motion, and respondents' reply, if any, shall be filed and served within
6  fifteen days thereafter; and
7          4. The Clerk of the Court shall serve a copy of this order together with a copy of
8  the amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick
9  Farrell, Senior Assistant Attorney General.
10 DATED: April 16, 2007.

*[signature: Dale A. Drozd]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14 DAD:4
   step1929.100